

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2016

No. 04-16-00376-CV

Amanda Brooke **PLESS**,
Appellant

v.

Wayne J. **RANSBERGER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-1332-CV
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

On April 19, 2016, the trial court signed a Final Decree of Divorce, in which Appellant and Appellee were appointed joint managing conservators of their child C.R.R., with Appellee having the exclusive right to designate C.R.R.'s primary residence in Guadalupe, Comal, or Kendall Counties. The decree additionally set out a visitation schedule.

On May 5, 2016, Appellant filed a motion for new trial, which the trial court denied in open court. Appellant asserts no written order was entered. Appellant filed a Notice of Appeal on June 16, 2016. Appellant subsequently filed the instant Motion for Temporary Orders Pending Appeal, in which Appellant requests this court suspend operation of the final divorce decree. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014); TEX. R. APP. P. 24.2(a)(4).

Upon review, this court **ORDERS** Appellee to file in this court on or before **August 3, 2016** a response to Appellant's Motion for Temporary Orders Pending Appeal.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court